**Order filed, January 03, 2014.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-13-00995-CV**

_____

**JOHN TERMEER, Appellant**

**V.**

**RAMON MARTINEZ AND WENONA MARTINEZ, Appellee**

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2011-00604**

## ORDER

The reporter's record in this case was due **November 15, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Michelle Tucker**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM